IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| TIORCO, INC.<br><br>             Plaintiff,<br><br>v.<br><br>J.T. PORTWOOD, et al.,<br><br>             Defendants. | Case No. 08-CV-2056 KHV/DJW |

**ORDER GRANTING STIPULATION FOR
<u>DISMISSAL WITH PREJUDICE</u>**

Having considered the Stipulation for Dismissal of Plaintiff and Defendants J.T. Portwood, Eclipse IOR Services, LLC, GFB Petroleum Exploitation Company, L.P., STP Petroleum Development, L.P., and Ronald D. Scott, the Court finds that said stipulation should be granted. Plaintiff's claims against J.T. Portwood, Eclipse IOR Services, LLC, GFB Petroleum Exploitation Company, STP Petroleum Development, L.P., and Ronald D. Scott, are hereby dismissed with prejudice, each party to bear his or its own attorney fees and costs.

IT IS SO ORDERED.

Dated in Kansas City, Kansas, this 27th day of March, 2008.

                                                 <u>s/ Kathryn H. Vratil</u>
                                                 Kathryn H. Vratil
                                                 United States District Court Judge